IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDDIE LEE WOLFE, JR.                                PLAINTIFF

VS.                               CIVIL ACTION NO. 5:05cv184DCBMTP

JAMES T. WILLIAMS, Sheriff
of Yazoo County; and
BOOKER MCQUARTER, Jail Administrator
of Yazoo County Jail                                    DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that defendants' motion for summary judgment [25] is granted and this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the __4th__ day of September, 2007.

                                                   s/ David Bramlette
                                             UNITED STATES DISTRICT JUDGE